THE CITY OF PARKVILLE *et als*., Appellants, *v.* WM. MCNEIL CLOUGH, Respondent.

*Practice—Supreme Court—Briefs.*—In the Supreme Court, the party complaining of the errors committed by the court below must assign errors and file a brief presenting the errors upon which he relies to reverse the judgment. The parties cannot request the court to decide the case upon the merits unless the provisions of the statute and rules of court are complied with.

*Appeal from Platte Circuit Court.*

*Durbin,* for appellants.

*Merryman,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

In this case there is no assignment of errors, nor is there any statement and brief by either of the parties. The attorneys of the parties have filed an agreement that they waived all errors if any upon the record, and request the court to decide the case upon its merits. This practice can neither be endured nor tolerated. The appeal will be dismissed; and if the appellants think they they have any merits in their case, they can resort to their writ of error and get the opinion of this court whenever they comply with the law and rules of practice here. The other judges concur.